THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY USANOVIC, individually and on behalf of all others similarly situated,

　　　　　　　　Plaintiff,

　　v.

EXP REALTY LLC,

　　　　　　　　Defendant.

CASE NO. C23-0687-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the scheduling order deadlines (Dkt. No. 26). The parties jointly request a 180-day extension of the deadlines to allow sufficient time for discovery. (*Id.* at 1–2.) Finding good cause, the Court hereby GRANTS the motion and ENTERS the following case management schedule:

//
//
//
//
//

| Event | Date |
|---|---|
| Close of Discovery | November 11, 2024 |
| Deadline for Disclosure of Expert Reports | August 13, 2024 |
| Deadline for Disclosure of Rebuttal Reports | September 9, 2024 |
| Class Certification Motion Deadline | December 11, 2024 |
| Class Certification Opposition Deadline | January 15, 2025 |
| Class Certification Reply Deadline | February 5, 2025 |

DATED this 25th day of January 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk