THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY USANOVIC, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>EXP REALTY LLC,<br><br>     Defendant. | CASE NO. C23-0687-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in this case. The case is to be REASSIGNED in rotation.

DATED this 10th day of July 2024.

                       Ravi Subramanian
                       Clerk of Court

                       s/Kathleen Albert
                       Deputy Clerk