UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY USANOVIC,<br><br>            Plaintiff,<br><br>    v.<br><br>EXP REALTY LLC,<br><br>            Defendant. | CASE NO. C23-0687JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On October 3, 2025, Defendant EXP Realty LLC contacted the court and asked for a telephonic conference regarding its request for an extension of the class certification deadlines in this matter. In the court's view, however, a telephonic conference regarding the class certification deadlines is unnecessary. Accordingly, the court ORDERS each party to file a two-page letter setting forth its position on Defendant's request for an extension by no later than **5:00 PM (PT) on October 7, 2025**.

MINUTE ORDER - 1

1   Filed and entered this 3rd day of October, 2025.

2
                                    RAVI SUBRAMANIAN
                                    Clerk of Court
3

4                                    s/ Ashleigh Drecktrah
                                    Deputy Clerk

MINUTE ORDER - 2