UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY USANOVIC,<br><br>      Plaintiff,<br>  v.<br><br>EXP REALTY LLC,<br><br>      Defendant. | CASE NO. C23-0687JLR<br><br>SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

Before the court is Defendant EXP Realty LLC's request for an extension of the class certification deadlines in this matter.[1] (EXP Letter (Dkt. # 51); *see also* 10/3/25 Min. Order (Dkt. # 49) (ordering letter briefing).) Plaintiff Kelly Usanovic opposes the request. (Usanovic Letter (Dkt. # 50).) The court, being fully briefed on the matter,

---

[1] On October 3, 2025, Defendant EXP Realty LLC contacted the court and asked for a telephonic conference regarding its request for an extension of the class certification deadlines in this matter, which the court found unnecessary. (*See* 10/3/25 Min. Order.)

ORDER - 1

VACATES all unexpired deadlines in this action, and ENTERS the following revised case management schedule:

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | November 7, 2025 |
| Deadline for Plaintiff's Class Certification Motion (to be noted for reply brief deadline) | November 21, 2025 |
| Deadline for Defendant's Opposition to Class Certification | December 12, 2025 |
| Deadline for Plaintiff's Reply Brief in Support of Class Certification | January 5, 2026 |

The court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiff(s) shall inform the court immediately should Plaintiff(s) at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the court, not by agreement of the parties. The court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah, Courtroom Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov. *See* Fed. R. Civ. P. 16(b)(3)(B)(v).

//
//

Dated this 8th day of October, 2025.

_____
JAMES L. ROBART
United States District Judge

ORDER - 3