UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY USANOVIC, | CASE NO. C23-0687JLR |
| Plaintiff, | ORDER |
| v. | |
| EXP REALTY LLC, | |
| Defendant. | |

On November 7, 2025, counsel for Plaintiff Kelly Usanovic requested a telephonic conference with the court regarding a discovery dispute. The parties are each ORDERED to file, by no later than **November 12, 2025**, a letter brief of no more than two pages in length setting forth the party's position on the dispute. The parties are further ORDERED to appear at a telephonic discovery conference on **November 17, 2025, at 1:30 p.m. PST**. The Clerk will provide the call-in information to counsel by email.

The court notes that the class certification discovery deadline expires today, November 7, 2025, and Plaintiff's deadline to move for class certification is November

ORDER - 1

21, 2025.  (*See* 10/8/25 Order (Dkt. # 52).)  Depending on the outcome of the hearing, the court will consider extending the class certification discovery deadline solely with respect to discovery that is the subject of the parties' dispute.  The deadline for moving for class certification remains unchanged absent further order of the court.

Dated this 7th day of November, 2025.

JAMES L. ROBART
United States District Judge