The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KELLY USANOVIC, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXP REALTY, LLC, a Washington limited liability company,<br><br>Defendant. | NO. 2:23-cv-00687-JLR<br><br>[PROPOSED]<br><br>ORDER GRANTING STIPULATED MOTION TO SEAL DOCUMENTS |

THIS MATTER comes before the Court on the Parties' stipulated motion to (1) seal documents marked as Confidential filed in support of Plaintiff's motion for class certification; (2) seal documents marked as Confidential filed in support of Defendant's opposition to Plaintiff's motion for class certification; and (3) permit the sealing of an unredacted version of the Plaintiff's motion for class certification and reply brief, and Defendant's opposition to Plaintiff's motion for class certification, that refer to Confidential materials.

The Court, having considered the Motion and the pleadings in this matter, is fully advised and finds good cause for permitting the seal of confidential documents and information.

NOW THEREFORE, the Parties' Motion is GRANTED and the Court hereby orders the sealing of (1) the documents marked as Confidential filed in support of

[PROPOSED] ORDER APPROVING
STIPULATED MOTION TO SEAL
CASE NO. 2:23-CV-00687-JLR

Page 1

Plaintiff's motion for class certification; (2) the documents marked as Confidential filed in support of Defendant's opposition to Plaintiff's motion for class certification; and (3) an unredacted version of the Plaintiff's motion for class certification and reply brief, and Defendant's opposition to Plaintiff's motion for class certification, that refer to Confidential materials.

**IT IS SO ORDERED.**

DATED this 24th day of November, 2025.

_____
The Honorable James L. Robart
United States District Judge