UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY USANOVIC,<br><br>                    Plaintiff,<br><br>          v.<br><br>EXP REALTY LLC,<br><br>                    Defendant. | CASE NO. C23-0687JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Igor Li's investigation file provided by Defendant eXp Realty LLC ("eXp Realty"). Having reviewed the investigation file and the relevant law, the court concludes as follows:

(1) The court ORDERS eXp Realty to produce the emails dated May 22, 2025, between Natasha Kakish and Mr. Li entitled "Warning Letter & Training – eXp Agent Compliance" by **Friday, December 5, 2025, at 5:00 p.m. (PT)**.

(2) The court concludes that all other documents contained in Mr. Li's investigation file are privileged.

Filed and entered this __3rd__ day of December, 2025.

              RAVI SUBRAMANIAN
              Clerk of Court

              s/ Ashleigh Drecktrah
              Deputy Clerk

MINUTE ORDER - 2