The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KELLY USANOVIC, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXP REALTY, LLC, a Washington limited liability company,<br><br>Defendant. | NO. 2:23-cv-00687-JLR<br><br>[PROPOSED]<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT |

THIS MATTER comes before the Court on Plaintiff's unopposed motion for leave to file out of time the sealed version of the transcript of the deposition of Holly Mabery with exhibits, which are collectively Exhibit 2 to Plaintiff's class certification motion.

The Court, having considered the Motion and the pleadings in this matter, is fully advised and finds good cause for permitting the filing of the sealed exhibit out of time.

NOW THEREFORE, the Plaintiff's Motion is granted and she is directed to file the sealed deposition transcript with exhibits.

**IT IS SO ORDERED.**

DATED this 4th day of December, 2025.

_____
The Honorable James L. Robart
United States District Judge

[PROPOSED] ORDER                                   Page 1
CASE NO. 2:23-CV-00687-JLR